IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 12-cv-01663-CBS

FLOYD MAY,
    Plaintiff,
v.

GATEWAY MOTORS, INC., a Colorado Corporation,
    Defendant.

_____

ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE
_____

This civil action comes before the court on Plaintiff's "Unopposed Motion to Dismiss with Prejudice." On September 12, 2012, this case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (See Doc. # 15). The court now being sufficiently advised in the premises,

IT IS ORDERED that:

1.    Plaintiff's "Unopposed Motion to Dismiss with Prejudice" (filed January 7, 2013) (Doc. # 15) is GRANTED and this civil action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear his or its own attorney fees and costs.

2.    All deadlines and settings in this case are hereby vacated.

DATED at Denver, Colorado, this 7th day of January, 2013.

BY THE COURT:

  s/Craig B. Shaffer
United States Magistrate Judge